[No. 20762–8–I.  Division One.  July 10, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM MARK
MENEFEE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–04757–0, Frank L. Sullivan, J., entered
July 14, 1987. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 21566–3–I.  Division One.  July 10, 1989.]

THOMAS J. WARDWELL, ET AL, *Appellants,* v. GREGORY J.
NORLING, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–15257–1, James D. McCutcheon, Jr., J.,
entered November 23, 1987. *Reversed* by unpublished
opinion per Grosse, A.C.J., concurred in by Webster and
Winsor, JJ.

[No. 22935–4–I.  Division One.  July 10, 1989.]

EMIL WINTERHALDER, *Appellant,* v. ROBERT PORTER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 88–2–11199–5, Edward Heavey, J., entered
August 25, 1988. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 20455–6–I.  Division One.  July 10, 1989.]

ERROL MARANVILLE, ET AL, *Appellants,* v. ANTHONY S.
CATANIA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–05649–5, Robert E. Dixon, J., entered
May 8, 1987. *Reversed* by unpublished opinion per Pekelis,
J., concurred in by Webster, J., and Revelle, J. Pro Tem.